UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY DWAYNE MINNFEE, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C07-518-RSL-JPD |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| ROBERT MUELLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, who is currently incarcerated in Amarillo, Texas, has filed a proposed complaint pursuant to 42 U.S.C. § 1983. The court has reviewed the complaint pursuant to 28 U.S.C. § 1915A, and finds that venue is not proper in this District. To the extent that plaintiff's claims are decipherable, he appears to allege that his constitutional rights have been violated by Robert Mueller, the Director of the FBI in Washington, D.C., by the Dallas office of the FBI, and by Governor Rick Perry, Governor of Texas. Thus, the events giving rise to this lawsuit did not occur in this District, nor do any of the defendants reside here. *See* 28 U.S.C. § 1391(b). In addition, this lawsuit is the third filed erroneously by plaintiff in this District in the past 60 days. *See Minnfee v. Jones*, Case No. C07-200-JLR, *Minnfe v. Associate Attorney General*, Case No. C07-399-JCC. Plaintiff was advised of the rules governing venue in those other cases, but has apparently chosen to ignore the Court's advice. Accordingly, the complaint and this action are DISMISSED without prejudice to refiling in the proper venue. The Clerk is directed to send copies of this Order to plaintiff and to the Hon. James P. Donohue.

ORDER DISMISSING COMPLAINT AND ACTION
PAGE - 1

1     DATED this 16th day of April, 2007.

2

3                                         Robert S. Lasnik

4                                         United States District Judge

5

6

7 Recommended for entry this 10th day of April, 2007.

8

9 /s/ MARY ALICE THEILER
for JAMES P. DONOHUE
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING COMPLAINT AND ACTION
PAGE - 2